# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ISIAH GONZALES,

Plaintiff,

v.

REDPATH USA CORPORATION,

Defendant.

Case No. 3:25-CV-00470-ART-CLB

**ORDER RE: PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

[ECF No. 25]

Before the Court is Plaintiff Isiah Gonzales's ("Gonzales") motion to compel discovery. (ECF No. 25.) Gonzales asserts Defendant Redpath USA Corporation ("Redpath") "has refused to produce any discovery concerning the proposed Putative Class Members and has also failed to substantively respond to requests bearing on the claims and defenses of this matter." (*Id.*) Gonzales's motion, which is 13 pages in length, violates of the Court's Standing Order. (ECF No. 20 at 5.) Pursuant to the Standing Order, prior to filing motion to compel, parties are required to file an informal discovery motion, which is limited "to 5 pages . . . in length." (ECF No. 20 at 5.) Despite violating the Court's Standing Order, the Court reviewed Gonzales's motion, and finds that due to the issues therein, the Court will accept Gonzales's motion in its current form and finds full briefing is appropriate.[1]

Accordingly, **IT IS ORDERED** that any opposition to Gonzales's motion to compel is due on or before **Monday, May 11, 2026**; and any reply is due on or before **Monday, May 18, 2026**.[2]

**DATED**: April 27, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1]    Plaintiff is advised that any future violations of the Court's Standing Order will result in any improper filing being stricken and the imposition of sanctions.

[2]    To clarify, by ordering full briefing on this motion, the parties are advised that the page limitations and requirements for exhibits set by the Court's Local Rules shall apply to the opposition and reply as opposed to the Court's Standing Order.