Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Laurent R.G. Badoux, Esq.
Nevada Bar No. 7265
Dominika J. Batten, Esq.
Nevada Bar No. 12258
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:    775.348.4888
Facsimile:    775.786.0127
ktaylor@littler.com
lbadoux@littler.com
dbatten@littler.com

Attorneys for Defendant
REDPATH USA CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISIAH GONZALES,<br><br>            Plaintiff,<br><br>    v.<br><br>REDPATH USA CORPORATION,<br><br>            Defendant. | Case No. 3:25-cv-00470-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**[FIRST REQUEST]** |

Plaintiff Isiah Gonzales and Defendant Redpath USA Corporation hereby agree and stipulate to extend the time for Defendant to file a response Plaintiff's Motion to Compel (ECF #25) from the current deadline of May 11, 2026, up to and including **May 18, 2026.**

This is the first request for an extension of time to respond to the Motion to Compel. The requested extension is necessary due to counsel for Defendant's existing litigation obligations and the need for additional time to complete review and prepare an appropriate response.

/ / /

/ / /

LITTLER MENDELSON,
P.C.
200 S. Virginia St
8th Floor
Reno, NV  89501.1944
775.348.4888

This stipulation is made in good faith and not for the purpose of delay.

Dated: May 4, 2026

Respectfully submitted,


*/s/ Richard M. Schreiber*
Alyssa White, Esq.
Richard M. Schreiber. Esq.
JOSEPHSON DUNLAP LLP

Attorneys for Plaintiff
ISIAH GONZALES

Dated:  May 4, 2026

Respectfully submitted,


*/s/ Dominika J. Batten*
Karyn M. Taylor, Esq.
Laurent R.G. Badoux, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
REDPATH USA CORPORATION


**IT IS SO ORDERED.**


_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 4, 2026.

4906-0823-9271.1 / 125435.1003

LILITTLER
MENDELSON, P.C.
200 S. VIRGINIA ST
8TH FLOOR
RENO, NV
89501.1944
775.348.4888