Esther C. Rodriguez
Nevada State Bar No. 006473
**Rodriguez Law Offices, p.c.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Alyssa J. White
TX Bar No. 24073014
**Josephson Dunlap LLP**
5847 San Felipe Street, Suite 2400
Houston, TX 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
awhite@mybackwages.com

*Attorneys for Gonzales and the Hourly Employees*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISIAH GONZALES, | Case No. 3:25-cv-00470-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| REDPATH USA CORPORATION, | |
| Defendant. | [ECF No. 30] |

Plaintiff Isiah Gonzales and Defendant Redpath USA Corporation hereby agree and stipulate to extend the time for Plaintiff to file a reply in support of Plaintiff's Motion to Compel (ECF #25) from the current deadline of May 25, 2026, up to and including **June 29, 2026.**

This is the first request for an extension of time to reply to the Motion to Compel. The requested extension is necessary to allow the parties additional time to further confer regarding discovery and to attempt to resolve any remaining disputes without court intervention.

/ / /

/ / /

This stipulation is made in good faith and not for the purpose of delay.

Dated: May 22, 2026

Respectfully submitted,


/s/ Alyssa White
Alyssa White, Esq.
JOSEPHSON DUNLAP LLP

Attorneys for Plaintiff
ISIAH GONZALES

Dated:  May 22, 2026

Respectfully submitted,


/s/ Dominika J. Batten
Karyn M. Taylor, Esq.
Laurent R.G. Badoux, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
REDPATH USA CORPORATION


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 26, 2026

2