Esther C. Rodriguez
Nevada State Bar No. 006473
**Rodriguez Law Offices, p.c.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Alyssa J. White
TX Bar No. 24073014
**Josephson Dunlap LLP**
5847 San Felipe Street, Suite 2400
Houston, TX 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
awhite@mybackwages.com

*Attorneys for Gonzales and the Hourly Employees*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISIAH GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>REDPATH USA CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-00470-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO PLAINTIFF'S MOTION TO COMPEL AND DISCOVERY DEADLINES**<br><br>[ECF No. 35] |

Plaintiff Isiah Gonzales and Defendant Redpath USA Corporation hereby agree and stipulate to extend the time for Plaintiff to file a reply in support of Plaintiff's Motion to Compel (ECF No. 25) for a period of ninety (90) days and to further extend the operative discovery deadlines in this matter by an additional thirty (30) days.

This is the second request to extend Plaintiff's deadline to file a reply in support of Plaintiff's Motion to Compel. The Court previously extended Plaintiff's reply deadline from May 25, 2026 to June 29, 2026. ECF No. 31.

This is the second request to extend the discovery deadlines set forth in the Stipulated

Discovery Plan and Scheduling Order. The Court previously extended the discovery cutoff from June 22, 2026 to September 21, 2026, the dispositive motions deadline from July 22, 2026 to October 20, 2026, and the joint pretrial order deadline from August 21, 2026 to November 19, 2026. ECF No. 33.

Good cause exists for the requested extensions. The parties continue to meet and confer regarding the discovery issues raised in Plaintiff's Motion to Compel, including Defendant's ongoing supplementation and clarification regarding  timekeeping information  at issue in the motion. In addition,  the parties are evaluating whether the scope of the case can be narrowed, including through potential amendment of the complaint. This may resolve or substantially reduce the issues raised by the motion and may affect the scope of remaining discovery. The parties therefore require additional time to determine whether these issues can be resolved without further motion practice and to complete discovery in an efficient manner.

Accordingly, the parties stipulate, subject to the Court's approval, as follows:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Reply to Motion to Compel | June 29, 2026 | **September 28, 2026** |
| Discovery Cut-Off | September 21, 2026 | **October 21, 2026** |
| Dispositive Motions | October 20, 2026 | **November 19, 2026** |
| Joint Pretrial Order | November 19, 2026 | **December 21, 2026** |

In the event dispositive motions are filed, the deadline to file the joint pretrial order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions or as otherwise ordered by the Court.

The requested extensions are necessary to allow the parties additional time to further confer regarding discovery and to attempt to resolve any remaining disputes without court intervention.

This stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

Dated: June 26, 2026

Respectfully submitted,


*/s/ Alyssa J. White*
Alyssa J. White, Esq.
JOSEPHSON DUNLAP LLP

Attorneys for Plaintiff
ISIAH GONZALES

Dated:  June 26, 2026

Respectfully submitted,


*/s/ Dominika J. Batten*
Karyn M. Taylor, Esq.
Laurent R.G. Badoux, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
REDPATH USA CORPORATION


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  June 26, 2026

3