**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ISIAH GONZALES,

Plaintiff,

v.

REDPATH USA CORPORATION,

Defendant.

Case No. 3:25-CV-00470-ART-CLB

**ORDER DENYING STIPULATION FOR EXTENSION OF TIME AND PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE AND WITH LEAVE TO REFILE**

[ECF No. 37]

On September 18, 2026, the parties filed a stipulation for a 60-day extension of time for Plaintiff Isiah Gonzales's ("Gonzales") to reply to his motion to compel and for a 90-day extension of all discovery deadlines. (ECF No. 37.) For the reasons stated below, this stipulation is denied with leave to refile as to just the portion seeking an extension of the discovery deadlines.

Gonzales's motion to compel was originally filed on April 24, 2026, almost 150 days ago. (ECF No. 25.) The parties have twice stipulated to extend the briefing schedule for the motion to compel, and now seek a third extension which would result in the motion to compel being fully briefed over 215 days after it was initially filed. (ECF Nos. 30, 35, 37.) Based on the information contained in the stipulation to extend time, it appears the motion to compel itself may be rendered moot. (ECF No. 37 at 2 ("Plaintiff is evaluating whether to amend the complaint to narrow the scope of the case, *which may resolve or substantially reduce the issues presented by the motion* and may affect the scope of remaining discovery." (emphasis added).) Therefore, the Court will not grant an additional extension of the briefing schedule for the motion to compel. Furthermore, based on the extensive delays to the briefing for the motion to compel and the potential for the motion to be rendered moot in its entirety, the Court denies Gonzales's motion to compel, (ECF No. 25), without prejudice and with leave to refile if the discovery dispute remains a live issue in this litigation.

**IT IS THEREFORE ORDERED** that the parties' stipulation for extension of time, (ECF No. 37), is **DENIED**. The parties may refile a stipulation for extension of only the discovery deadlines.

**IT IS FURTHER ORDERED** that Gonzales's motion to compel, (ECF No. 25), is **DENIED** without prejudice and with leave to refile.

**IT IS SO ORDERED**.

**DATED**: September 18, 2026.

**UNITED STATES MAGISTRATE JUDGE**