UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ISIAH GONZALES, Individually and on behalf of others similarly situated,

Plaintiff,

v.

REDPATH USA CORPORATION,

Defendant.

Case No. 3:25-cv-00470-ART-CLB

**ORDER GRANTING**

**MOTION TO REMOVE COUNSEL DOMINIKA J. BATTEN FROM THE CM/ECF SERVICE LIST**

Defendant REDPATH USA CORPORATION ("Defendant" or "Redpath") hereby moves this Court for an Order removing Dominika J. Batten, Esq. from the electronic service list for this case.

Ms. Batten is no longer affiliated with Littler Mendelson P.C. as of July 28, 2026 and, therefore, no longer represents Defendant CHEWY, INC. and will no longer be involved in this matter. As such, Defendant respectfully requests that this Court grant an Order removing her from the electronic service list for this case.

Dated: September 21, 2026

LITTLER MENDELSON, P.C.

*/s/ Karyn M. Taylor*

Karyn M. Taylor, Esq.
Laurent R.G. Badoux, Esq.
Attorneys for Defendant
REDPATH USA CORPORATION

IT IS SO ORDERED.
Dated: September 21, 2026.

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
775.348.4888